Stephanie Ann Ripple
726 Chestnut Road
Millville, PA 17846

December 4, 2021



US District Court
Northern District of New York
James M. Hanley Federal Building
& U.S. Courthouse
Clerks Office
100 S. Clinton St.
Syracuse, NY 13261



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC -8 2021
AT____ O'CLOCK____
John M. Domurad, Clerk - Syracuse

Dear Clerk of Court:

On November 15, 2021, John Robert McCool, pro se litigant filed with the court a Complaint under § 1983 with Exhibits (A-PP), Cover sheet, copies of AO 389 & AO 399, Important Notice, a United States Postal Service money order in the amount of $402 (check no. 27427135353) via Express Shipping NO.: EJ 764 429 587 US. The tracking number shows that it was delivered and ready for pick up on November 16, 2021 and was picked up on November 17, 2021. EJ 764 429 587 US

I am sending a copies of the revised AO389 & AO 399 I sent out to all the defendants because the plaintiff noticed an oversight where the date on AO389 was incorrect and now gives a date of December 4, 2021 and also the AO389 & AO 399 was blank and did not show that it is in Northern District of New York. The PDF was filled out with being in Northern District of New York, however the printer did not pick up on it when it was printed out.

On December 6, 2021, these corrected copies, a revised CERTIFICATE OF SERVICE, AO389 & AO399, IMPORTANT NOTICE and Captioned letter was sent out to all defendants.

Please court stamp the enclosed copies and return to me via the enclosed self stamped, addressed envelope at your convenience and other related

material that was included in the November 15th USPS Express Mail package. Thank you for your time and cooperation in this matter.

*Stephanie Ann Ripple*
Stephanie Ann Ripple,
John McCool's daughter and
Power of Attorney

Stephanie Ann Ripple
726 Chestnut Road
Millville, PA 17846

December 4, 2021

US District Court
Northern District of New York
James M. Hanley Federal Building
& U.S. Courthouse
Clerks Office
100 S. Clinton St.
Syracuse, NY 13261

Dear Clerk of Court:

On November 15, 2021, John Robert McCool, pro se litigant filed with the court a Complaint under § 1983 with Exhibits (A-PP), Cover sheet, copies of AO 389 & AO 399, Important Notice, a United States Postal Service money order in the amount of $402 (check no. 27427135353) via Express Shipping NO.: EJ 764 429 587 US. The tracking number shows that it was delivered and ready for pick up on November 16, 2021 and was picked up on November 17, 2021.

I am sending a copies of the revised AO389 & AO 399 I sent out to all the defendants because the plaintiff noticed an oversight where the date on AO389 was incorrect and now gives a date of December 4, 2021 and also the AO389 & AO 399 was blank and did not show that it is in Northern District of New York. The PDF was filled out with being in Northern District of New York, however the printer did not pick up on it when it was printed out.

On December 6, 2021, these corrected copies, a revised CERTIFICATE OF SERVICE, AO389 & AO399, IMPORTANT NOTICE and Captioned letter was sent out to all defendants.

Please court stamp the enclosed copies and return to me via the enclosed self stamped, addressed envelope at your convenience and other related

material that was included in the November 15th USPS Express Mail package. Thank you for your time and cooperation in this matter.

*Stephanie Ann Ripple*
Stephanie Ann Ripple,
John McCool's daughter and
Power of Attorney

### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John R. McCool, | CIVIL ACTION |
| Plaintiff | NO. |
| and | |
| NORTHUMBERLAND COUNTY & SNYDER COUNTY, MUNICIPALITIES of the COMMONWEALTH OF PENNSYLVANIA, UNITED STATES Attorney General, Merrick B. Garland, NY Attorney General, Letitia James, DA, Michael Piecuch, DA, Anthony Matulewicz, PA Attorney General, Joshua Shapiro, *in their official capacity* | **COMPLAINT** JURY TRIAL DEMANDED |
| Defendants | |

Upon inspection of:

- NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS (AO398)
- WAIVER OF SERVICE OF SUMMONS (AO399)

The plaintiff sent out on September 15, 2021, he noticed an oversight he made when he did not change the date on AO398 to the correct date when he mailed out the forms and listed Northern District of New York in the caption. So the plaintiff is making thone corrections to the forms and giving AO398 the date of December 4, 2021,(the date of when he noticed this oversight) for your convenience. The 30 days starts from this date. Sorry for any inconveniences or confusion.

*John Robert McCool* (signature)
John Robert McCool
SCI-Coal Township
1-Kelley Drive
Coal Township, PA 17866